UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF

v.

Karena Chuang

DEFENDANT(S).

CASE NUMBER: 11 2751 M

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 11/30/11 0745  ☒ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☒ No ☐
3. Charges under which defendant has been booked:
   18 USC 1546 - Visa and document fraud.
4. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes  ☐ No  ☐ Unknown
6. Interpreter Required: ☒ No  ☐ Yes: _____ (Language)
7. Year of Birth: ███83
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel? ☒ No
    ☐ Yes  Name: _____ and Phone Number: _____
13. Did you notify Pretrial Services?  ☐ No
    ☒ If yes, please list Officer's Name: Duty Officer  Time: 11:00 AM / PM
14. Remarks (if any): _____

15. Date: 11/30/11
16. Name: Loan McIntosh-Rupp (Please Print)
17. Agency: ICE - HSI
18. Signature: Loan McIntosh-Rupp
19. Office Phone Number: (213) 494-8939

CR-64 (06/09)   REPORT COMMENCING CRIMINAL ACTION